STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MICHAEL DORE (Cal. Bar No. 227442)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-3713
    Email:     michael.dore@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-00273-R _____ |
|---|---|
| Plaintiff, | [~~PROPOSED~~] <u>ORDER DISMISSING ALLEGED VIOLATIONS OF SUPERVISED RELEASE CONDITIONS</u> |
| v. | |
| VICENTE GONZALEZ-DE LUNA, | |
| Defendant. | |

IT IS HEREBY ORDERED that, pursuant to the government's motion, and with the concurrence of the United States Probation Office, the alleged violations of defendant's supervised release submitted to the Court by the United States Probation Office on or about February 5, 2014, are dismissed.  Defendant shall be remanded to the

//
//
//
//
//

custody of the United States Marshal Service and subject to potential deportation proceedings.

    IT IS SO ORDERED.

December 19, 2014
DATE

HONORABLE CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
MICHAEL DORE
Assistant United States Attorney

2